MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff Deborah Crowley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH CROWLEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; CARS.COM, LLC GROUP DISABILITY INCOME PLAN; DOES 1 THROUGH 10<br><br>    Defendants. | Case No.: 8:24−cv−02693 PA (ADSx)<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff DEBORAH CROWLEY and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA (collectively, "the Parties") reached an agreement to resolve this Action in its entirety. Documents are being prepared to finalize the resolution of this matter, and the Parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorneys' fees and costs, within 45 days.

DATED: August 21, 2025                    DONAHUE & HORROW, LLP

                                             */s/ Scott E. Calvert*
                                             MICHAEL B. HORROW
                                             SCOTT E. CALVERT
                                             *Attorneys for Plaintiff Deborah Crowley*