JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH CROWLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; CARS.COM, LLC GROUP DISABILITY INCOME PLAN; DOES 1 THROUGH 10<br><br>　　　　Defendants. | Case No.: 8:24−cv−02693 PA (ADSx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　　1.　This action is dismissed in its entirety, against all parties, with prejudice.

　　　2.　Each party shall bear their own attorneys' fees and costs.

　　　IT IS SO ORDERED.

　　　DATED: September 8, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　United States District Judge

– 1 –

[PROPOSED] ORDER